SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
BROOKE S. PURCELL, Cal. Bar No. 260058
ANDREA L. ISAACS, Cal. Bar No. 323788
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        bpurcell@sheppardmullin.com
              aisaacs@sheppardmullin.com

Attorneys for Defendant and Counter-
Complainant FEEDZAI, INC.

LAW OFFICE OF MARK C. THOMAS, APC
MARK C. THOMAS SBN: 215580
555 Montgomery Street, Suite 605
San Francisco, CA 94111
415-986-1338

Attorneys for Plaintiff and Counter-Defendant
ANDREW FLESCH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW FLESCH,<br><br>              Plaintiff,<br><br>       v.<br><br>FEEDZAI, INC.,<br><br>              Defendant.<br>_____<br>FEEDZAI, INC.,<br><br>              Counter-Complainant,<br><br>       v.<br><br>ANDREW FLESCH,<br><br>              Counter-Defendant. | Case No. 3:20-cv-06922-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Crtrm.:   B, 15th Floor<br>The Hon. Edward M. Chen<br><br>Complaint:      October 5, 2020<br>Trial Date:     June 6. 2022 |

1    WHEREAS, Plaintiff Andrew Flesch ("Flesch") filed a Complaint in the Northern District

2  of California, Case No. 3:20-cv-06922-EMC on October 5, 2020, asserting causes of action against

3  Defendant Feedzai, Inc. ("Feedzai") for: (1) attorney's fees pursuant to Labor Code § 218.5 for

4  breach of contract to pay wages; (2) waiting time penalties under Labor Code § 203; (3) quantum

5  meruit; (4) promissory estoppel; (5) estoppel by conduct; (6) promissory fraud; and (7) wrongful

6  termination in violation of public policy ("Complaint");

7    WHEREAS, on November 4, 2020, Feedzai filed an Answer to Flesch's Complaint and

8  Counter-Claim asserting claims for: (1) breach of contract; and (2) conversion against Flesch; and

9    WHEREAS, Plaintiff and Defendants settled this matter on or about June 9, 2021.

10    THEREFORE, IT IS HEREBY STIPULATED by and between Flesch and Feedzai through

11  their designated counsel in the above-captioned action that all of Flesch's causes of actions and all

12  of Feedzai's causes of action should be dismissed with prejudice pursuant to Federal Rule of Civil

13  Procedure 41(a)(1)(A)(ii) and (c).  The undersigned parties further stipulate that the parties shall

14  bear their own attorney's fees and costs.

15  Dated:  October 28, 2021          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

16

17                          By _____ /s/ _____
                                        BROOKE PURCELL
                                        ANDREA L. ISAACS
18

19                          Attorneys for Defendant and Counter-
                                     Complainant FEEDZAI, INC.
20

21  Dated:  October 28, 2021          LAW OFFICE OF MARK C. THOMAS APC

22                          By _____ /s/ _____
                                        MARK C. THOMAS
23

24                          Attorney for Plaintiff and Counter-Defendant
                                     ANDREW FLESCH
25

26

27

28


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Edward M. Chen

-1-                                    Case No. 3:20-cv-06922-EMC